# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 97-30157
Summary Calendar

LINDA DAIGRE,

Plaintiff-Appellant,

versus

JEFFERSON PARISH SCHOOL BOARD SYSTEM,
and the individual members of the Jefferson Parish
School Board; MARTIN B. MARION; POLLY THOMAS;
ROBERT WOLFE; BARRY BORDELON; O.H. GUIDRY;
LAURIE E. ROLLING; CEDRIC FLOYD; LIBBY MORAN;
GENE KATSANIS; JEFFERSON FEDERATION OF
TEACHERS,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(96-CV-856)

June 12, 1997

Before POLITZ, Chief Judge, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[*]

Linda Daigre appeals an adverse summary judgment dismissing her

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

discrimination suit filed under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* After reviewing the briefs of the parties, the relevant portions of the record, and our intervening decision in **Foreman v. Babcock & Wilcox Co.,**[1] we agree with the findings and conclusions in the district court's well-reasoned Order and Reasons dated January 15, 1997.

The judgment appealed is AFFIRMED.

---

[1] No. 96-60510, 1997 WL 271719 (5th Cir. May 22, 1997) (holding that ADA does not require employer to infringe on collectively bargained seniority rights of other employees).